IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


LATASHA WILLIAMS                                              PLAINTIFF


V.                               NO. 09-4132


MICHAEL J. ASTRUE,
Commissioner of Social Security                              DEFENDANT

## J U D G M E N T

For reasons stated in the Memorandum Opinion of this date, the Court hereby reverses

the decision of the ALJ and remands this case to the Commissioner for further proceedings

consistent with the Memorandum Opinion, pursuant to sentence four of 42 U.S.C. §405(g). **The**

**parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 17th day of February, 2011.


/s/ *Erin L.  Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE


AO72A
(Rev. 8/82)